**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| DON HARBOLT | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | Civil Action No. 3-06CV 1990-M- BH |
| | § | ECF |
| FIRST DATA CORPORATION, et al., | § | Referred to the U.S. Magistrate Judge |
|     Defendants. | § | |

**STIPULATION TO DISMISS**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

    IT IS HEREBY STIPULATED by and between Plaintiff, Don Harbolt, and Defendants, First Data Corporation and The Western Union Company, that the above-captioned action be and hereby is dismissed with prejudice against Defendants, First Data Corporation and The Western Union Company, pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: July 24, 2007.

    Respectfully submitted,

By: _____/s/_____
    DON HARBOLT, Pro Se
    5110 Bryan St., #D
    Dallas, 75206
    (214) 828-2475

    PLAINTIFF

By: _____/s/_____
MILLARD A. JOHNSON
State Bar No. 10772500
Fed. Bar No. 245
4 Houston Center
1221 Lamar Street, Suite 1000
Houston, Texas 77010
Phone: 713-652-2525
Fax: 713-652-5130
mjohnson@jdkklaw.com

OF COUNSEL
JOHNSON, DeLUCA, KENNEDY & KURISKY
A PROFESSIONAL CORPORATION

ATTORNEY IN CHARGE FOR
FIRST DATA CORPORATION AND
THE WESTERN UNION COMPANY